Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 18, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00238-CV

____________

 

IN RE MARGARET CASTRO, Relator

 

 

 

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 




M E M O R
A N D U M   O P I N I O N

           
On March 18, 2010, relator, Margaret Castro, filed a petition for writ of
mandamus in this court.  See Tex. Gov’t Code Ann. § 22.221 (Vernon
2004); see also Tex. R. App. P. 52.  In the petition, relator asks
this court to compel the Honorable Josefina Rendon, sitting by designation in
the 308th District Court of Harris County, to vacate her order denying summary
judgment and dismissal and to direct Judge Rendon to dismiss Timothy Castro,
Jr., M.D.’s declaratory judgment action and affirmative defenses to relator’s
enforcement action.  Relator also filed an emergency motion for stay to
prevent the trial court from proceeding to trial.

           
Relator has an adequate remedy by appeal and therefore is not entitled to
mandamus relief.  Accordingly, we deny relator’s petition for writ of
mandamus and emergency motion for stay. 

 

                                                                       
PER CURIAM

 

 

Panel consists of Justices Frost,
Seymore, and Sullivan.